GEORGE J. KRESS, Appellant, *v.* CENTRAL TRUST COMPANY, Respondent.

(Argued October 20, 1936; decided November 24, 1936.)

*Edward C. Edelman* for appellant.

*Howard M. Woods* and *Nelson Warner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.